[No. 41154-3-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EVANS,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01836-2, Gerald L. Knight, J., entered July 10, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Grosse, J.


[No. 41191-8-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CAUTHRON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-01253-3, James H. Allendoerfer, J., entered August 8, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.


[No. 41484-4-I.    Division One.    May 24, 1999.]

MARCUS ULLAND, ET AL., *Appellants*, v. KING COUNTY, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-16424-2, R. Joseph Wesley, J., entered February 28, 1997. *Reversed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Cox, JJ.


[No. 41516-6-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ISAIAH
HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00851-9, Joseph A. Thibodeau and Kathryn E. Trumbull, JJ., entered September 12 and 29, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Baker, JJ.